# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

LISA DIANA HAWTHORNE                                                                PLAINTIFF

v.                                             CASE NO.  2:20-CV-2009

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                        DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc 16) from Chief United States Magistrate Judge Erin L. Wiedemann.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this October 15, 2020.


/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE